UNITED STATES DISTRICT COURT

PAULA J. KARAS

    Plaintiff

VS.

MASSPORT AUTHORITIES

    Defendant

FILED
IN CLERKS OFFICE
Docket #

2011 AUG -3  P 3: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

## Complaint

   Now comes the plaintiff pro se in the above captioned matter and herby asserts to this United States District Court that the plaintiff United States claims against the defendants Massport Authorities in this said case is that the plaintiff's United States 14th Amendment Rights were violated by the Massport Authorities as the Massport Authorities ruled contrary to the law and evidence presented to them from the plaintiff and the Massachusetts Secretary of State William Galvin office as both said parties tried to seek injunctive relief for the plaintiff for the release of identifying surveillance footage of the plaintiffs alleged stalkers from the Massport Authorities. The injunctive relief sought in this case is a motion for trial and the appointment of counsel under the forum and filing of Informa Pauperis. (See enclosed affidavit of facts.)

                                          Signed under the Pains and
                                          Penalties of Perjury this
                                          day of August 3, 2011.

                                          *Paula J. Karas*
                                          169 Medway Rd #9
                                          Milford MA 01757

I Paula J. Karas do solemnly swear that I served a copy of this complaint by via-certified mail on August 3, 2011 to the defendants Massport Authorities. Located at 1 Harborside Drive East Boston Massachusetts 02128.